### JACKSON v STATE

Ohio Appeals, 5th Dist, Licking Co

Decided June 7, 1935

Forrest B. Ashcraft, Newark, for plaintiff in error.

Mr. McDonald, Newark, and Kenneth Kreider, Prosecuting Attorney, Newark, for defendant in error.

For full opinion see 6 OO 364; 52 Oh Ap 309.